No. 120. GOTTESMAN ET AL. v. GENERAL MOTORS CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition. *Clendon H. Lee, John. C. Farber* and *Abbott Gould* for petitioners. *Daniel M. Gribbon, Frank H. Gordon, Aloysius F. Power* and *George A. Brooks* for respondents.

No. 302. NATIONAL LABOR RELATIONS BOARD v. WELLINGTON MILL DIVISION, WEST POINT MANUFACTURING Co. C. A. 4th Cir. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Frank A. Constangy* for respondent. 

No. 343. ALEXANDER ET AL. v. PACIFIC MARITIME ASSOCIATION ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Howard B. Crittenden, Jr.,* for petitioners. *Richard Ernst* and *Marvin C. Taylor* for Pacific Maritime Association, and *Norman Leonard* for International Longhoremen's & Warehousemen's Union, respondents. 

No. 36, Misc. PREBLE v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Ernest May* for petitioner. *Waggoner Carr,* Attorney General of Texas, and *Howard M. Fender, Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 352, Misc. SULLIVAN v. EYMAN, WARDEN. Supreme Court of Arizona. Certiorari denied.